**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Carla West

               Plaintiff,

v.                                    Case No.: 1:21–cv–01145

                                    Honorable Lindsay C. Jenkins

Home Depot, The

               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 12, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: For the reasons stated in the Order issued today. Home Depot's motion for summary judgment [43] is denied. The matter is set for an in−person status hearing in Courtroom 2119 on October 4, 2023 at 9:15 a.m. Prior to the hearing, the parties must meet and confer and be prepared with three mutually agreeable trial dates so that the Court can set a firm trial date at the status hearing. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.